ORDERED.

Dated: May 16, 2019

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
www.flmb.uscourts.gov

IN RE:                                                  CASE NO.: 9:19-bk-03270-FMD
                                                                                                                                                                                    CHAPTER 7

**James Anthony Brownlee,**

    **Debtor.**
_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

      THIS CASE came on consideration without a hearing on Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan's ("Secured Creditor") Motion for Relief from Stay (Docket No. 9). No response has been filed in accordance with Local Rule 2002-4. Accordingly, it is:

    **ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.
2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 217 Cornwall Ave, Trenton, New Jersey 08618 in Mercer County, New Jersey, and legally described as:

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Trenton, County of of Mercer, State of New Jersey:

Beginning at a point in the northwesterly sideline of Cornwall Avenue (60 foot wide), said point being distant 170.04 feet southwesterly, along the same, from the terminus of a curve to the right having a radius of 30 feet, which curve connects the southwesterly sideline of Stuyvesant Avenue (60 feet wide) with he northwesterly sideline of Cornwall Avenue, from thence running

1) North 43 degrees 06 minutes West, 204.04 feet to a point, thence

2) South 22 degrees 37 minute West, 143.22 feet to a point, thence

3) South 54 degrees 19 minutes East, 164.23 feet to a point in the northwesterly sideline of Cornwall Avenue, thence

4) Northeasterly, along the same, on a curve to the left having a radius of 592.74, an arc length of 100.00 feet to the point and place of Beginning.

Being known as Tax Lots 100 and 99 in Block 406 on the Tax Map.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. Attorneys' fees and costs up to the amount of $531.00 are hereby awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Christopher P. Salamone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.