ORDERED.

Dated:  July 15, 2019

Caryl E. Delano
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
JAMES ANTHONY BROWNLEE                Case No. 9:19-bk-03270-FMD

_____Debtor/

ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

This cause came on for consideration, without hearing, on Trustee's Objection to Claim of Exemption (Doc No. 17).  The Court having reviewed the record, finds that an Order Directing Response to Trustee's Objection to Claim of Exemption was entered in this case, with no response being filed. Accordingly, it is, therefore

ORDERED, ADJUDGED and DECREED that the Trustee's Objection to Claim of Exemption is sustained to the extent that the value of the claimed property exceeds the allowable exemptions.  It is further

ORDERED, ADJUDGED and DECREED that Debtor is not entitled to exempt funds already received and deposited in the Chase bank accounts under Sections 522(d)(10)(A) and (E).

ORDERED, ADJUDGED and DECREED that the Debtor's exemptions are limited to $1,000.00 in personal property and $1,000.00 in a vehicle titled in Debtor's name.  It is further

ORDERED, ADJUDGED and DECREED the Debtor shall have the right to designate which specific assets the Debtor wishes to retain within the exemption entitlement. In the event there is a dispute as to the value of property claimed as exempt, the Court shall determine the value of the property in connection with a motion for turnover. It is further

ORDERED, ADJUDGED and DECREED that this Order is entered without prejudice to the Debtor's claim that the property is exempt or immune under provision of law other than those provisions limiting the value of the exemptions.

Trustee, Robert E. Tardif Jr., is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the Order.