IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

JAMES ANTHONY BROWNLEE    Case No. 9:19-bk-03270-FMD

_____Debtor._____/

## MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF PURPORTED LIENS AND INTERESTS

> A preliminary hearing in this case will be held on **October 17, 2019 at 9:30 a.m.** in Fort Myers Federal Building and Federal Courthouse, Room 4-117, Courtroom E, 2110 First Street, Fort Myers, Florida 33901 to consider and act upon the following or this matter and transact such other business that may come before the Court: **Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests**.
>
> 1. The hearing may be continued upon announcement made in open court without further notice.
> 2. Appropriate Attire – You are reminded that Local Rule 5072-1(b)(16) required that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
> 3. Avoid delays at courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the courthouse.

  COMES NOW the Trustee in the above-styled case, ROBERT E. TARDIF JR., and files this Motion to Sell Property of the Estate Free and Clear of Liens and Interests and moves this Court pursuant to 11 U.S.C. §§ 105 and 363(f) and Rule 6004 for entry of an Order authorizing the sale of property of the estate by private sale free and clear of liens and interests and states as follows:

1. The Debtor filed this bankruptcy case and Robert E. Tardif Jr., has been appointed as Trustee to administer the case.

2. **Property:** Trustee proposes to sell the bankruptcy estate's interest in the following property: **217 Cornwall Avenue, Trenton, New Jersey** – Lot 7, Block 33802, Municipality of Trenton.

3. **Purchaser:** The proposed purchaser is Thomas E. Taylor III and Deborah L. Taylor, their permitted assigns or designees. To the Trustee's knowledge the purchaser does not have any relationship to the Debtor or any other party in interest. The purchase and sale agreement with attachments is voluminous so the Trustee is not attaching the agreement to this motion in order to

reduce mailing costs. The Trustee will provide a complete copy of the agreement to any party in interest that makes a request and provides an email address to receive a copy.

4.      **Price:** The selling price is $222,000.00. The Trustee has not had the property appraised. However, the Trustee retained a real estate agent, and the sales price represents an arms-length negotiated amount. The Trustee, after due diligence, believes the selling price is fair and reasonable.

5.      The following appear to have an interest in the properties to be sold by the Trustee:

| **Parties in Interest** | **Nature of Interest** | **Amount** | |
|---|---|---|---|
| Mr. Cooper | Mortgage Lien | Approx. | $240,703.00 |
| Wells Fargo Bank Nv NA | Mortgage Lien | Approx. | $82,784.00 |

6.      Section 363(f) of the Bankruptcy Code provides, in pertinent part, that: "the trustee may sell property . . . free and clear of any interest in such property and of an entity other than the estate, only if – (2) such entity consents; or (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property; or (4) such interest is in bona fide dispute; . . . ."

7.      With regard to the above Parties in Interest, the Trustee believes that the necessary requirements for a sale free and clear of liens and interests exist by stating the following:

   a.      **Mr. Cooper** – This Party in Interest has a first priority lien against the property by virtue of a recorded mortgage against the property. The Trustee anticipates that this party may receive full payment. The expected net proceeds of the sale being proposed is more than the amount due so the Court can approve the sale pursuant to § 363(f)(3) with regard to this interest. However, the Trustee believes that if the net proceeds are not sufficient to pay this party in full (if the transaction is a short sale), it will consent to the sale by accepting a payment less than it is due so the Court can approve the sale pursuant to § 363(f)(2).

   b.      **Wells Fargo Bank Nv NA** – This Party in Interest has a second priority lien against the property by virtue of a recorded mortgage against the property. The Trustee believes that if the net proceeds are not sufficient to pay this party in full that it will consent to the sale by accepting a payment less than it is due so the Court can approve the sale pursuant to § 363(f)(2).

8.      The sale of the property free and clear of liens of the above-named individuals and entities is in the best interests of the Debtors' estate, its creditors and other parties in interest.

9.      **Terms:** The property is being sold "AS IS, WHERE IS WITH ALL FAULTS AND DEFECTS THEREIN" with no representations or warranties of any kind.

10. **Benefit to Estate:** The Trustee believes the net sales proceeds to the estate will be approximately $10,000.00.

11. **Closing Costs:** The Trustee expects to pay the following undisputed liens, claims or costs at the closing:

   a. Mr. Cooper – Approximately $187,000.00.

   b. Wells Fargo Bank Nv NA – Approximately $6,000.00

   c. Commission – Linda Reid/Gloria Nilson & Co and any cooperating agent/broker, if any - $13,320.00.

   d. Other reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

| | | |
|---|---|---|
| i. | Settlement/Closing Charges (Approximately) | $ 275.00 |
| ii. | Title Insurance/Search (Approximately) | $ 250.00 |
| iii. | Water/Sewer Delinquency (Approximately) | $ 500.00 |
| iv. | Reasonable and customary closing costs not to exceed | $ 750.00 |
| v. | Transfer Tax (State and/or County) | $ 1,200.00 |
| vi. | 2019 Taxes and/or Prorated taxes | $ 4,100.00 |
| vii. | Trustee Liability Insurance | $ 650.00 |

   e. A true and accurate copy of an estimated net sheet or closing statement is attached to this motion.

   f. Since this motion contemplates a short-sale scenario, it is possible that there may be slight variances in the amounts to be paid to lienholders. However, it is the expectation that the net amount to be received by the estate shall be the amount stated above.

12. **Request to Waive Stay**: At the hearing on this motion the Trustee will request that the Court enter an order waiving the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and providing that the order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

WHEREFORE the Trustee moves the Court for entry of an Order authorizing the sale of the above-described property free and clear of liens and interests pursuant to Section 363(f), in accordance with the terms stated herein.

*Certificate of Service*

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished **Electronically** to the Assistant United States Trustee, David Lampley and those appearing in this case who are registered with CM/ECF and by **Certified Mail** to C. Allen Parker, President and Interim Chief Executive Officer of Wells Fargo Bank Nv NA, 101 North Phillips Avenue, Sioux Falls, SD 57104 and by **Regular U.S. Mail** to James Anthony Brownlee, 25069 Peacock Lane # 101, Naples, FL 34114 and those creditors and parties in interest on the attached matrix on October 4, 2019 that are required to be served pursuant to Local Rule 2002-1(c).

    /s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
P.O. Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756
Email: rtardif@comcast.net

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

| | |
|---|---|
| **File No./Escrow No.:** 89537SF-01 | Surety Title Company, LLC |
| **Print Date & Time:** 09/26/19 11:54 AM | **ALTA Universal ID:** 1051477 |
| **Officer/Escrow Officer:** | 11 Eves Drive, Suite 150 |
| **Settlement Location:** | Marlton, NJ 08053 |
| , | |

| | |
|---|---|
| **Property Address:** | Block 33802, Lot 7(additional lot 6), Trenton City, in Mercer County, NJ |
| | 217 Cornwall Avenue |
| | Trenton, NJ  08618 |
| **Borrower:** | Thomas E Taylor III and Deborah L Taylor |
| | 4 Tupelo Row |
| | Princeton, NJ  08540 |
| **Seller:** | Robert E. Tardif, Jr as Trustee for the Bankruptcy case 19-03270 Middle District of Florida Estate of James Anthony Brownlee |
| | 217 Cornwall Avenue |
| | Trenton, NJ  08618 |
| **Lender:** | Department of Commerce |
| **Settlement Date:** | 11/22/2019 |
| **Disbursement Date:** | |
| **Additional dates per state requirements:** | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $222,000.00 | Sale Price of Property | $222,000.00 | |
| | | Deposit | | $2,220.00 |
| | | Loan Amount | | $177,600.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $1,173.70 | City/town taxes from 11/23/2019 thru 12/31/2019 | $1,173.70 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - County Search & Copies to Surety Title Company, LLC - Trust | $100.00 | |
| | | Title - Examination to Surety Title Company, LLC - Trust | $100.00 | |
| | | Title - Photocopies to Surety Title Company, LLC - Trust | $10.00 | |
| | | Title - Record Notice of Settlement to Surety Title Company, LLC - Trust | $40.00 | |
| | | Title - Survey Endorsement to Surety Title Company, LLC - Trust | $25.00 | |
| | | Title - Transaction Platform Fee to Surety Title Company, LLC - Trust | $15.00 | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Title - Wire Fee to Surety Title Company, LLC - Trust | $15.00 | |
| | | Title - ALTA 8.1-06 to Surety Title Company, LLC - Trust | $25.00 | |
| | | Title - ALTA 9.10-06 to Surety Title Company, LLC - Trust | $25.00 | |
| | | Title - Closing Protection Letter to Surety Title Company, LLC - Trust | $75.00 | |
| | | Title - Cover Record to Surety Title Company, LLC - Trust | $50.00 | |
| | | Title - E-Mail Packages to Surety Title Company, LLC - Trust | $50.00 | |
| | | Title - Lender's Title Insurance($857.00) to Surety Title Company, LLC - Trust | $25.00 | |
| | | Title - Overnight Delivery to Surety Title Company, LLC - Trust | $40.00 | |
| | | Title - Recording Service Fee - Cash to Surety Title Company, LLC - Trust | $15.00 | |
| | | Title - Tax Search to Surety Title Company, LLC - Trust | $30.00 | |
| | | Title - Tidelands Search to Surety Title Company, LLC - Trust | $25.00 | |
| | | Title - Upper Crt / US Patriot Search to Surety Title Company, LLC - Trust | $40.00 | |
| | | Title Outgoing wire fee x3 $10 each to Surety Title Company, LLC - Trust | $30.00 | |
| $262.50 | | Title Settlement fee to Surety Title Company, LLC - Trust | $262.50 | |
| | | Title - Owner's Title Insurance($212.00) to Surety Title Company, LLC - Trust | $1,044.00 | |
| $250.00 | | Title Examination Estimate | | |
| $30.00 | | title overnight delivery &wire fee to Surety Title Company, LLC - Trust | | |
| | | **Government Recording and Transfer Charges** | | |
| $1,106.60 | | Transfer Tax to Mercer County CLERK | | |
| $105.00 | | Motion to Sell Order  Estimate to Mercer County CLERK | | |
| | | **Payoff(s)** | | |
| | | Lender:  Payoff of second mortgage loan     $6,000.00 to Estimate | | |
| $6,000.00 | | Total ($6,000.00) | | |
| | | Lender:  Payoff of first mortgage loan to     $187,000.32 Estimate only | | |
| $187,000.32 | | Total ($187,000.32) | | |
| | | **Miscellaneous** | | |
| $2,850.00 | | 4th Qrt tax 10/1-12/31 to Trenton City TAX COLLECTOR | | |
| $11,100.00 | | Bankruptcy Estate Fee to Robert E. Tardif, Jr., as trustee for Bankruptcy Estate of James Anthony Brownlee | | |
| | | closing coordination to Ocean Title LLC | $395.00 | |
| $8,880.00 | | Commission-Listing  to Gloria Nilson & Co Real Estate - PE | | |
| $4,440.00 | | Commission-Selling  to Gloria Nilson & Company Real Estate-PE | | |
| | | deed plotting fee to Trenton City Engineer | $20.00 | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $499.28 | | Water/Sewer Delinq will increse to Trenton Water Works | | |
| $650.00 | | Trustee Liability Ins to Robert E. Tardif, Jr., as trustee for Bankruptcy Estate of James Anthony Brownlee | | |
| **Seller** | | | **Borrower/Buyer** | |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $223,173.70 | $223,173.70 | **Subtotals** | $225,630.20 | $179,820.00 |
| | | Due **From** Borrower | | **$45,810.20** |
| | | Due **From** Seller | | |
| $223,173.70 | $223,173.70 | **Totals** | $225,630.20 | $225,630.20 |

Short Sale Pending

Short Sale Pending

Short Sale Pending

Short Sale Pending

Short Sale Pending

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:19-bk-03270-FMD<br>Middle District of Florida<br>Ft. Myers<br>Fri Oct  4 09:28:49 EDT 2019 | Federal Home Loan Mortgage Corporation, as t<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | TD Auto Finance, LLC<br>c/o Bertis Echols<br>1715 Aaron Brenner Drive<br>Suite 800<br>Memphis, TN 38120-1445 |
| AMEX<br>CORRESPONDENCE/BANKRUPTCY<br>PO BOX 981540<br>EL PASO, TX 79998-1540 | AMEX<br>P.O. BOX 981537<br>EL PASO, TX 79998-1537 | CHEXSYSTEMS<br>CONSUMER RELATION<br>7805 HUDSON RD STE 100<br>WOODBURY, MN 55125-1595 |
| CHRYSLER FINANCIAL/TD AUTO<br>ATTN: BANKRUPTCY<br>PO BOX 9223<br>FARMINGTON HILLS, MI 48333-9223 | CHRYSLER FINANCIAL/TD AUTO<br>PO BOX 9223<br>FARMINGTON HILLS, MI 48333-9223 | EQUIFAX CREDIT INFORMATION<br>SERVICES, INC.<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 |
| EXPERIAN<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626-7037 | FEDERAL HOME LOAN MORTGAGE<br>8250 JONES BRANCH DRIVE<br>MC LEAN, VA 22102-3107 | GLORIA NILSON & CO. REAL EST<br>520 MAIN AVENUE<br>BAY HEAD, NJ 08742-4700 |
| INTERNAL REVENUE SERVICE<br>CENTRAL INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | MR. COOPER<br>8950 CYPRESS WATERS BLVD<br>COPPELL, TX 75019-4620 | MR. COOPER<br>ATTN: BANKRUPTCY<br>8950 CYPRESS WATERS BLVD<br>COPPELL, TX 75019-4620 |
| NATIONSTAR MORTGAGE, LLC<br>8950 CYPRESS WATERS BLVD<br>COPPELL, TX 75019-4620 | RAS CITRON LAW OFFICE<br>130 CLINTON ROAD<br>SUITE 202<br>FAIRFIELD, NJ 07004-2927 | TRANSUNION CONSUMER SOLUTION<br>P.O. BOX 2000<br>CHESTER, PA 19016-2000 |
| US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0009 | US ATTORNEY'S OFFICE MD FLA<br>400 N TAMPA ST STE 3200<br>TAMPA, FL 33602-4774 | United States Trustee - FTM7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | WELLS FARGO BANK NV NA<br>P O BOX 31557<br>BILLINGS, MT 59107-1557 | David Lampley<br>The Dellutri Law Group, PA<br>1436 Royal Palm Square Blvd.<br>Fort Myers, FL 33919-1049 |
| James Anthony Brownlee<br>25069 Peacock Lane, #101<br>Naples, FL 34114-9704 | Linda Reid<br>Gloria Nilson & Co. Real Estate<br>800 Denow Rd., Ste N<br>Pennington, NJ 08534-5246 | Patrick Butler<br>BK Global Real Estate Services<br>1095 Broken Sound Pkwy NW<br>Suite 200<br>Boca Raton, FL 33487-3503 |
| Robert E Tardif Jr.<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                  27 | |