ORDERED.

Dated:  October 25, 2019

Caryl E. Delano
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

JAMES ANTHONY BROWNLEE                              Case No. 9:19-bk-03270-FMD

      Debtor.
_____/

**ORDER GRANTING MOTION TO SELL PROPERTY
FREE AND CLEAR OF PURPORTED LIENS AND INTERESTS**

      **THIS CAUSE** came before the Court for hearing on October 17, 2019 upon the Trustee's Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests (Doc. No. 29) to Thomas E. Taylor III and Deborah L. Taylor, or their permitted assigns or designees. The Court reviewed the record and considered the positions of the Trustee and all parties in interest in attendance at the hearing, and for the reasons stated orally in court on the record during the hearing, it is

      **ORDERED** that the Trustee's Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests is granted, it appearing that and this sale being conditioned upon all lienholders on the property either being paid in full or consenting to the proposed sale.

      **IT IS FURTHER ORDERED** that the Trustee is hereby authorized to sell the bankruptcy estate's interest in the following property free and clear of liens, encumbrances and interests on the terms contained in the Trustee's motion: **217 Cornwall Avenue, Trenton, New Jersey** – Lot 7, Block 33802, Municipality of Trenton.

**IT IS FURTHER ORDERED** that the following are authorized to be paid at closing, with net proceeds of at least $10,000.00 being paid to the bankruptcy estate:

    a.    Mr. Cooper – Approximately $187,000.00.

    b.    Wells Fargo Bank Nv NA – Approximately $6,000.00

    c.    Commission – Linda Reid/Gloria Nilson & Co and any cooperating agent/broker, if any - $13,320.00.

    d.    Other reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

| | | |
|---|---|---:|
| i. | Settlement/Closing Charges (Approximately) | $ 275.00 |
| ii. | Title Insurance/Search (Approximately) | $ 250.00 |
| iii. | Water/Sewer Delinquency (Approximately) | $ 500.00 |
| iv. | Reasonable and customary closing costs not to exceed | $ 750.00 |
| v. | Transfer Tax (State and/or County) | $ 1,200.00 |
| vi. | 2019 Taxes and/or Prorated taxes | $ 4,100.00 |
| vii. | Trustee Liability Insurance | $ 650.00 |

**IT IS FURTHER ORDERED** that the Court waives the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and this Order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

Trustee Robert E. Tardif Jr. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.