IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

JAMES ANTHONY BROWNLEE    Case No. 9:19-bk-03270-FMD

_____Debtor._____/

## AMENDED MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF PURPORTED LIENS AND INTERESTS

> A preliminary hearing in this case will be held on **January 23, 2020 at 9:30 a.m.** in Fort Myers Federal Building and Federal Courthouse, Room 4-117, Courtroom E, 2110 First Street, Fort Myers, Florida 33901 to consider and act upon the following or this matter and transact such other business that may come before the Court: **Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests**.
>
> 1. The hearing may be continued upon announcement made in open court without further notice.
> 2. Appropriate Attire – You are reminded that Local Rule 5072-1(b)(16) required that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
> 3. Avoid delays at courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the courthouse.

COMES NOW the Trustee in the above-styled case, ROBERT E. TARDIF JR., and files this Motion to Sell Property of the Estate Free and Clear of Liens and Interests and moves this Court pursuant to 11 U.S.C. §§ 105 and 363(f) and Rule 6004 for entry of an Order authorizing the sale of property of the estate by private sale free and clear of liens and interests and states as follows:

1. The Debtor filed this bankruptcy case and Robert E. Tardif Jr., has been appointed as Trustee to administer the case. The Trustee is filing this amended motion due to an agreed reduction in the sale amount related to an issue concerning radon in the home.

2. **Property:** Trustee proposes to sell the bankruptcy estate's interest in the following property: **217 Cornwall Avenue, Trenton, New Jersey** – Lot 7, Block 33802, Municipality of Trenton.

3. **Purchaser:** The proposed purchaser is Thomas E. Taylor III and Deborah L. Taylor, their permitted assigns or designees. To the Trustee's knowledge the purchaser does not have any relationship to the Debtor or any other party in interest. The purchase and sale agreement with

attachments is voluminous so the Trustee is not attaching the agreement to this motion in order to reduce mailing costs. The Trustee will provide a complete copy of the agreement to any party in interest that makes a request and provides an email address to receive a copy.

4. **Price:** The selling price is $218,000.00. The Trustee has not had the property appraised. However, the Trustee retained a real estate agent, and the sales price represents an arms-length negotiated amount. The Trustee, after due diligence, believes the selling price is fair and reasonable.

5. The following appear to have an interest in the properties to be sold by the Trustee:

| **Parties in Interest** | **Nature of Interest** | Amount | |
|---|---|---|---|
| Mr. Cooper | Mortgage Lien | Approx. | $240,703.00 |
| Wells Fargo Bank Nv NA | Mortgage Lien | Approx. | $82,784.00 |

6. Section 363(f) of the Bankruptcy Code provides, in pertinent part, that: "the trustee may sell property . . . free and clear of any interest in such property and of an entity other than the estate, only if – (2) such entity consents; or (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property; or (4) such interest is in bona fide dispute; . . . ."

7. With regard to the above Parties in Interest, the Trustee believes that the necessary requirements for a sale free and clear of liens and interests exist by stating the following:

   a. **Mr. Cooper** – This Party in Interest has a first priority lien against the property by virtue of a recorded mortgage against the property. The Trustee anticipates that this party may receive full payment. The expected net proceeds of the sale being proposed is more than the amount due so the Court can approve the sale pursuant to § 363(f)(3) with regard to this interest. However, the Trustee believes that if the net proceeds are not sufficient to pay this party in full (if the transaction is a short sale), it will consent to the sale by accepting a payment less than it is due so the Court can approve the sale pursuant to § 363(f)(2).

   b. **Wells Fargo Bank Nv NA** – This Party in Interest has a second priority lien against the property by virtue of a recorded mortgage against the property. The Trustee believes that if the net proceeds are not sufficient to pay this party in full that it will consent to the sale by accepting a payment less than it is due so the Court can approve the sale pursuant to § 363(f)(2).

8. The sale of the property free and clear of liens of the above-named individuals and entities is in the best interests of the Debtors' estate, its creditors and other parties in interest.

9. **Terms:** The property is being sold "AS IS, WHERE IS WITH ALL FAULTS AND DEFECTS THEREIN" with no representations or warranties of any kind.

10. **Benefit to Estate:** The Trustee believes the net sales proceeds to the estate will be approximately $10,000.00.

11. **Closing Costs:** The Trustee expects to pay the following undisputed liens, claims or costs at the closing:

    a. Mr. Cooper – Approximately $187,000.00.

    b. Wells Fargo Bank Nv NA – Approximately $6,000.00

    c. Commission – Linda Reid/Gloria Nilson & Co and any cooperating agent/broker, if any - $13,092.00.

    d. Other reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

| | | |
|---|---|---:|
| i. | Settlement/Closing Charges (Approximately) | $ 275.00 |
| ii. | Title Insurance/Search (Approximately) | $ 250.00 |
| iii. | Water/Sewer Delinquency (Approximately) | $ 500.00 |
| iv. | Reasonable and customary closing costs not to exceed | $ 750.00 |
| v. | Transfer Tax (State and/or County) | $ 1,200.00 |
| vi. | 2019 Taxes and/or Prorated taxes | $ 4,100.00 |
| vii. | Trustee Liability Insurance | $ 650.00 |

    e. A true and accurate copy of an estimated net sheet or closing statement is attached to the original motion to sell (Doc. 29).

    f. Since this motion contemplates a short-sale scenario, it is possible that there may be slight variances in the amounts to be paid to lienholders. However, it is the expectation that the net amount to be received by the estate shall be the amount stated above.

12. **Request to Waive Stay**: At the hearing on this motion the Trustee will request that the Court enter an order waiving the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and providing that the order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

WHEREFORE the Trustee moves the Court for entry of an Order authorizing the sale of the above-described property free and clear of liens and interests pursuant to Section 363(f), in accordance with the terms stated herein.

*Certificate of Service*

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished **Electronically** to the Assistant United States Trustee, David Lampley and those appearing in this case who are registered with CM/ECF and by **Certified Mail** to C. Allen Parker, President and Interim Chief Executive Officer of Wells Fargo Bank Nv NA, 101 North Phillips Avenue, Sioux Falls, SD 57104 and by **Regular U.S. Mail** to James Anthony Brownlee, 25069 Peacock Lane # 101, Naples, FL 34114 and those creditors and parties in interest on the attached matrix on January 9, 2020 that are required to be served pursuant to Local Rule 2002-1(c).

          /s/ Robert E. Tardif Jr.
          Robert E. Tardif Jr., Trustee
          P.O. Box 2140
          Fort Myers, Florida 33902
          Telephone: 239/362-2755
          Facsimile: 239/362-2756
          Email: rtardif@comcast.net

```
Label Matrix for local noticing      Federal Home Loan Mortgage Corporation, as t   TD Auto Finance, LLC
113A-9                               Robertson, Anschutz & Schneid, P.L.            c/o Bertis Echols
Case 9:19-bk-03270-FMD               6409 Congress Ave., Suite 100                  1715 Aaron Brenner Drive
Middle District of Florida           Boca Raton, FL 33487-2853                      Suite 800
Ft. Myers                                                                           Memphis, TN 38120-1445
Thu Jan  9 09:52:42 EST 2020

AMEX                                 AMEX                                           CHEXSYSTEMS
CORRESPONDENCE/BANKRUPTCY            P.O. BOX 981537                                CONSUMER RELATION
PO BOX 981540                        EL PASO, TX 79998-1537                         7805 HUDSON RD STE 100
EL PASO, TX 79998-1540                                                              WOODBURY, MN 55125-1595


CHRYSLER FINANCIAL/TD AUTO           CHRYSLER FINANCIAL/TD AUTO                     EQUIFAX CREDIT INFORMATION
ATTN: BANKRUPTCY                     PO BOX 9223                                    SERVICES, INC.
PO BOX 9223                          FARMINGTON HILLS, MI 48333-9223                P.O. BOX 740241
FARMINGTON HILLS, MI 48333-9223                                                     ATLANTA, GA 30374-0241


EXPERIAN                             FEDERAL HOME LOAN MORTGAGE                     GLORIA NILSON & CO. REAL EST
475 ANTON BOULEVARD                  8250 JONES BRANCH DRIVE                        520 MAIN AVENUE
COSTA MESA, CA 92626-7037            MC LEAN, VA 22102-3107                         BAY HEAD, NJ 08742-4700


INTERNAL REVENUE SERVICE             MR. COOPER                                     MR. COOPER
CENTRAL INSOLVENCY OP                8950 CYPRESS WATERS BLVD                       ATTN: BANKRUPTCY
PO BOX 7346                          COPPELL, TX 75019-4620                         8950 CYPRESS WATERS BLVD
PHILADELPHIA, PA 19101-7346                                                         COPPELL, TX 75019-4620


NATIONSTAR MORTGAGE, LLC             RAS CITRON LAW OFFICE                          TRANSUNION CONSUMER SOLUTION
8950 CYPRESS WATERS BLVD             130 CLINTON ROAD                               P.O. BOX 2000
COPPELL, TX 75019-4620               SUITE 202                                      CHESTER, PA 19016-2000
                                     FAIRFIELD, NJ 07004-2927


US ATTORNEY GENERAL                  US ATTORNEY'S OFFICE MD FLA                    United States Trustee - FTM7/13
950 PENNSYLVANIA AVE NW              400 N TAMPA ST STE 3200                        Timberlake Annex, Suite 1200
WASHINGTON, DC 20530-0009            TAMPA, FL 33602-4774                           501 E Polk Street
                                                                                    Tampa, FL 33602-3949


Verizon                              WELLS FARGO BANK NV NA                         David Lampley
by American InfoSource as agent      P O BOX 31557                                  The Dellutri Law Group, PA
PO Box 4457                          BILLINGS, MT 59107-1557                        1436 Royal Palm Square Blvd.
Houston, TX  77210-4457                                                             Fort Myers, FL 33919-1049


James Anthony Brownlee               Linda Reid                                     Patrick Butler
25069 Peacock Lane, #101             Gloria Nilson & Co. Real Estate                BK Global Real Estate Services
Naples, FL 34114-9704                800 Denow Rd., Ste N                           1095 Broken Sound Pkwy NW
                                     Pennington, NJ 08534-5246                      Suite 200
                                                                                    Boca Raton, FL 33487-3503


Robert E Tardif Jr.                  End of Label Matrix
Trustee                              Mailable recipients    27
Post Office Box 2140                 Bypassed recipients     0
Fort Myers, FL 33902-2140            Total                  27
```